**Opinion issued September 10, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00487-CV

———————————

## ROBERT GREEN, Appellant

## V.

## ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee

On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Case No. 2019-48281

## MEMORANDUM OPINION

The parties, representing that they no longer wish to pursue this appeal, have filed a joint motion to dismiss the appeal. The parties have agreed that they will bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Hightower and Adams.